150 A.3d 401

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RAYMOND RODRIGUEZ (A/K/A RAYMOND RODRIQUEZ, JR., RAYMOND RODRIGUEZ, JR., RAYMOND RODRIGUEZ JR.), DEFENDANT–PETITIONER.

JULY 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004224–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

150 A.3d 402

FAROKH DARUWALA, PLAINTIFF–PETITIONER, v. HOSHI MERCHANT, NAWAZ MERCHANT AND KAMAL MERCHANT, DEFENDANTS–RESPONDENTS.

JULY 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001310–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.